PROB 12C
(01/05)

# United States District Court
## for
## Eastern District of Missouri

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gerald P. Esposito                Case Number: 4:03CR00310 RWS

Name of Sentencing Judicial Officer:     The Honorable Rodney W. Sippel
                                         United States District Judge

Date of Original Sentence: January 6, 2005

Original Offense: Counts 1-6:  Making False Statements on Loan Applications

Original Sentence: 21 months custody of the U.S. Bureau of Prisons on Counts One through Six followed by a five-year term of supervised release on Counts One through Six, concurrent. On February 8, 2008, supervised release revoked and sentenced to time served on each of Counts One through Six, concurrent, followed by five years supervised release on each of Counts One through Six, concurrent.

Type of Supervision: Supervised Release         Date Supervision Commenced: February 8, 2008
                                                Expiration Date: February 7, 2013

Assistant U.S. Attorney: Matthew T. Schelp              Defense Attorney: Lee Lawless

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**

General Condition: The defendant shall not commit another federal state, or local crime.

**Nature of Noncompliance**

The defendant has engaged in fraudulent sale of shares in a company which is not a public trading company. The victims were identified and interviewed and stated that they had purchased $7000.00 of shares. Additionally the victims invested $10,000.00 with a promised return of $2000.00. In total the victims gave him $17,000.00. Both written and verbal statements were obtained from the victims by the United States Secret Service and St. Charles City Police Department.

During a search conducted by the United States Probation Office on July 13, 2012, documentation from the St. Charles Prosecuting Attorney's Office was found. This indicated that Esposito passed three insufficient fund checks, totaling over $700.00.

PROB 12C
(12/98)

2

Gerald P. Esposito
4:03CR00310 RWS

**Violation Number**

General Condition: The defendant shall not commit another federal state, or local crime.

Special Condition: The defendant shall comply with all federal, state, and local registration laws and provide verification of registration to the probation officer.

**Nature of Noncompliance**

Per St. Charles City records, on June 1, 2012, Esposito opened a business named American Legal Systems. Esposito did not inform the St. Charles County Sheriff's Department of a change in employment as required by Missouri State law.

PROB 12C
(12/98)

3

Gerald P. Esposito
4:03CR00310 RWS

## Violation Number

Standard Condition #2: You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.

## Nature of Noncompliance

On May 29, 2012, the undersigned officer spoke with the St. Charles County Sheriff's Department at which time it was discovered Esposito drove an unreported vehicle for a five-day period. Esposito omitted this information on his May 2012 Monthly Supervision Report, submitted by him on June 2, 2012.

## Violation Number

Special Condition: The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without the approval of the United States Probation Office so long as there is a balance on the Court-imposed financial obligation.

Standard Condition #3: You shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer.

## Nature of Noncompliance

On August 29, 2011, Esposito informed the undersigned officer that he had obtained a new vehicle. He advised he did not incur a debt as he obtained the vehicle through a "rent-to-own" program.

On January 31, 2012, Esposito informed the undersigned officer that he had obtained a new vehicle and again insisted there was not a loan involved as he was "renting-to-own".

On July 10, 2012, a Transunion Consumer Credit Report was obtained by the undersigned officer regarding Esposito's credit information. Esposito has opened 11 installment accounts between October 2009 and January 2012, including loans for the two vehicles stated above. The installment accounts have a combined balance of $12,747.00. Esposito did not have permission to open any accounts, including the vehicle loans, from the United States Probation Office.

It should be noted that Esposito's credit report also reflects 24 accounts placed for collections since his term of supervised release began on February 8, 2008.

## Previous Violations

None

PROB 12C
(12/98)

4

Gerald P. Esposito
4:03CR00310 RWS

**U.S. Probation Officer Recommendation:**

Based upon the violations outlined in this report, it is requested the Court issue a warrant and the term of supervised release be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2012

Approved,

by _Patricia M. Doherty_ (signature)
Patrica M. Doherty for
Thomas A. Caruso
Supervising U.S. Probation Officer
Date: July 13, 2012

by _Laura Kline_ (signature)
Laura L. Kline
U.S. Probation Officer
Date: July 13, 2012

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] No Action
[ ] The Issuance of a Summons   Appearance Date & Time:
[ ] Other

_____
Signature of Judicial Officer

July 13, 2012
Date

C:\Documents and Settings\rsippel\Local Settings\Temp\notes0EBBAF\Esposito, Gerald P. #2522 Prob12C.wpd