COURTROOM MINUTE SHEET
SENTENCING PROCEEDINGS
UNITED STATES DISTRICT JUDGE RODNEY W. SIPPEL
COURTROOM 10S (Held in 3N)

Date 08/06/2012         Case No. 4:03CR310RWS

UNITED STATES OF AMERICA vs. GERALD P. ESPOSITO

Deputy Clerk RYAN KILDUFF         Court Reporter SHANNON WHITE

Assistant U.S. Attorney JAMES E. CROWE. JR.
Defendant Attorney    LEE LAWLESS

(X) Defendant/Parties present for a Supervised Release Revocation Hearing
(X) Sentencing Computation/PSR filed under seal
(X) Defendant admits violations  B grade (New offense)
(X) Court finds defendant guilty of violations/ supervision is revoked

(X) Sentence imposed:
15 months FBOP concurrent in counts 1-6. 42 months supervised rlease concurrent in counts 1-6. Restitution to remain open. Victim of current offense paid first. Ordered to see the duty Magistrate Judge for a bond to be set. Defendant allowed self surrender.
( ) Government's Motion pursuant to §5K1.1 is  ( ) granted   ( ) denied
( ) The Court makes the following recommendations to the Bureau of Prisons:

_____
_____

( ) Defendant remanded to custody of the USMS
( ) Defendant granted a voluntary surrender to the institution for incarceration as notified by USMS
( ) Surrender date_____
( ) Defendant released to probation.
( ) Exhibits returned to and retained by counsel
( ) TIP interpreter present by phone _____
Defendant attorney present at _____
Proceedings commenced 11:05 am       Concluded 11:33 am